LONGYEAR, LAVRA & CAHILL, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
Alexander Mahoney, CSB No. 359995
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Emails: longyear@longyearlaw.com
        cahill@longyearlaw.com
        mahoney@longyearlaw.com

Attorneys for Defendant,
County of Sacramento

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

| | |
|---|---|
| ASMA MOJADDIDI, individually and as successor in interest to FAISAL MOJADDIDI, deceased, <br><br>     Plaintiff, <br><br> v. <br><br> COUNTY OF SACRAMENTO; and DOES 1-10, inclusive, <br><br>     Defendants. | Case No.: 2:25-CV-03641-DAD-JDP <br><br> **DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL** |

COMES NOW DEFENDANT, County of Sacramento, and in answer to Plaintiff's Complaint ("Complaint") admits, denies and alleges as follows:

1. Answering the allegations contained in paragraph number 1 on page 2 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Faisal Mojaddidi ("Decedent") of any right protected by federal or state law. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

2.    Answering the allegations contained in paragraph number 2 on page 2 of the Complaint, Defendant admits that the Court has jurisdiction over this action. As to any remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

3.    Answering the allegations contained in paragraph number 3 on page 2 of the Complaint, Defendant admits that venue is proper in the Eastern District of California. As to any remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

4.    Answering the allegations contained in paragraph number 4 on page 2 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

5.    Answering the allegations contained in paragraph number 5 on pages 2 and 3 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

6.    Answering the allegations contained in paragraph number 6 on page 3 of the Complaint, Defendant admits that it is a public entity and a legal subdivision of the State of California. Defendant further admits that it has the capacity to be sued, subject to the prerequisites and limitations established under California Government Code section 815. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects

contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

7.    Answering the allegations contained in paragraph number 7 on page 3 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

8.    Answering the allegations contained in paragraph number 8 on page 3 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

9.    Answering the allegations contained in paragraph number 9 on page 3 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

10.    Answering the allegations contained in paragraph number 10 on page 3 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

11.    Answering the allegations contained in paragraph number 11 on page 4 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

12.    Answering the allegations contained in paragraph number 12 on page 4 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

13.    Answering the allegations contained in paragraph number 13 on page 4 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

14.    Answering the allegations contained in paragraph number 14 on page 4 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

15.    Answering the allegations contained in paragraph number 15 on page 4 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

16.    Answering the allegations contained in paragraph number 16 on page 4 of the Complaint, Defendant incorporates all above paragraphs as if fully set forth herein.

17.    Answering the allegations contained in paragraph number 17 on pages 4 and 5 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

/ / /

18.     Answering the allegations contained in paragraph number 18 on page 5 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

19.     Answering the allegations contained in paragraph number 19 on page 5 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

20.     Answering the allegations contained in paragraph number 20 on page 5 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

21.     Answering the allegations contained in paragraph number 21 on page 5 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

22.     Answering the allegations contained in paragraph number 22 on page 5 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

23.     Answering the allegations contained in paragraph number 23 on page 5 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those

grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

24.     Answering the allegations contained in paragraph number 24 on page 6 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

25.     Answering the allegations contained in paragraph number 25 on page 6 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

26.     Answering the allegations contained in paragraph number 26 on page 6 of the Complaint, Defendant incorporates all above paragraphs as if fully set forth herein.

27.     Answering the allegations contained in paragraph number 27 on page 6 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. Defendant further denies that any of the Sheriff's deputies in its employ deprived Decedent of any rights guaranteed to him under the Fourth or Fourteenth Amendments by exercising excessive or unreasonable force. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

28.     Answering the allegations contained in paragraph number 28 on page 6 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. Defendant further denies that any of the Sheriff's deputies in its employ caused Decedent any injury by depriving him of rights guaranteed to him under the Fourth or Fourteenth Amendments. As to the remaining

allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

29.    Answering the allegations contained in paragraph number 29 on page 6 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

30.    Answering the allegations contained in paragraph number 30 on pages 6 and 7 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. Defendant further denies that any of the Sheriff's deputies in its employ caused Decedent any injury by using excessive or unreasonable force in violation of the Fourth or Fourteenth Amendments. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

31.    Answering the allegations contained in paragraph number 31 on page 7 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

32.    Answering the allegations contained in paragraph number 32 on pages 6 and 7 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. Defendant further

denies that any of the Sheriff's deputies in its employ caused Decedent any injury by using excessive or unreasonable force in violation of the Fourth or Fourteenth Amendments. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

33.    Answering the allegations contained in paragraph number 33 on page 7 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. Defendant further denies that any of the Sheriff's deputies in its employ caused Decedent any injury by using excessive or unreasonable force in violation of the Fourth or Fourteenth Amendments. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

34.    Answering the allegations contained in paragraph number 34 on page 7 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

35.    Answering the allegations contained in paragraph number 35 on page 7 of the Complaint, Defendant incorporates all above paragraphs as if fully set forth herein.

36.    Answering the allegations contained in paragraph number 36 on pages 7 and 8 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those

grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

37.    Answering the allegations contained in paragraph number 37 on page 8 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

38.    Answering the allegations contained in paragraph number 38 on page 8 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

39.    Answering the allegations contained in paragraph number 39 on page 8 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

40.    Answering the allegations contained in paragraph number 40 on page 8 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those

grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

41.     Answering the allegations contained in paragraph number 41 on page 8 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

42.     Answering the allegations contained in paragraph number 42 on page 9 of the Complaint, Defendant incorporates all above paragraphs as if fully set forth herein.

43.     Answering the allegations contained in paragraph number 43 on page 9 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

44.     Answering the allegations contained in paragraph number 44 on page 9 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

45.     Answering the allegations contained in paragraph number 45 on page 9 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. Defendant further denies that any County policymaker approved or ratified any uses of excessive force against Decedent. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing

denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

46.    Answering the allegations contained in paragraph number 46 on page 9 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. Defendant further denies that any County policymaker approved or ratified any uses of excessive force against Decedent. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

47.    Answering the allegations contained in paragraph number 47 on page 9 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. Defendant further denies that any County policymaker approved or ratified any uses of excessive force against Decedent. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

48.    Answering the allegations contained in paragraph number 48 on page 9 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. Defendant further denies that any County policymaker approved or ratified any uses of excessive force against Decedent. Defendant denies any liability to Plaintiff or Decedent for damages under 42 U.S.C. §1983. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

/ / /

49.    Answering the allegations contained in paragraph number 49 on page 10 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

50.    Answering the allegations contained in paragraph number 50 on page 10 of the Complaint, Defendant incorporates all above paragraphs as if fully set forth herein.

51.    Answering the allegations contained in paragraph number 51 on page 10 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

52.    Answering the allegations contained in paragraph number 52 on page 10 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

53.    Answering the allegations contained in paragraph number 53 on page 10 of the Complaint, Defendant denies that it or any of its employees have engaged in any wrongdoing. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

54.    Answering the allegations contained in paragraph number 54 on page 10 of the Complaint, Defendant denies that it or any of its employees have engaged in any wrongdoing. As to the remaining allegations, Defendant alleges that it has no information or belief upon the

subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

55.    Answering the allegations contained in paragraph number 55 on pages 10 and 11 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

56.    Answering the allegations contained in paragraph number 56 on page 11 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

57.    Answering the allegations contained in paragraph number 57 on page 11 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. Defendant further denies that any County policymaker approved or ratified any uses of excessive force against Decedent. Defendant denies any liability to Plaintiff or Decedent for damages under 42 U.S.C. §1983. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

/ / /

/ / /

58.     Answering the allegations contained in paragraph number 58 on page 11 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

59.     Answering the allegations contained in paragraph number 59 on page 11 of the Complaint, Defendant incorporates all above paragraphs as if fully set forth herein.

60.     Answering the allegations contained in paragraph number 60 on page 11 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

61.     Answering the allegations contained in paragraph number 61 on page 11 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. Defendant further denies that any of its official policies, longstanding practices, or customs have violated federal or state law in any manner that caused injury to Plaintiff or Decedent. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

62.     Answering the allegations contained in paragraph number 62 on page 12 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

63.     Answering the allegations contained in paragraph number 63 on pages 12 and 13 of the Complaint, Defendant denies that it caused Plaintiff or Decedent any injury by

maintaining any custom, practice, or policy in violation of federal or state law. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

64.     Answering the allegations contained in paragraph number 64 on page 13 of the Complaint, Defendant denies that it caused Plaintiff or Decedent any injury by maintaining any custom, practice, or policy in violation of federal or state law. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

65.     Answering the allegations contained in paragraph number 65 on pages 13 and 14 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. Defendant further denies that it caused Plaintiff or Decedent any injury by maintaining any custom, practice, or policy in violation of federal or state law. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

66.     Answering the allegations contained in paragraph number 66 on page 14 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. Defendant further denies that it caused Plaintiff or Decedent any injury by maintaining any custom, practice, or policy in violation of federal or state law. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

67.     Answering the allegations contained in paragraph number 67 on page 14 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. Defendant further denies that it caused Plaintiff or Decedent any injury by maintaining any custom, practice, or policy in violation of federal or state law. Defendant denies any liability to Plaintiff or Decedent for damages under 42 U.S.C. §1983. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

68.     Answering the allegations contained in paragraph number 68 on page 14 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

69.     Answering the allegations contained in paragraph number 69 on page 14 of the Complaint, Defendant incorporates all above paragraphs as if fully set forth herein.

70.     Answering the allegations contained in paragraph number 70 on page 14 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

71.     Answering the allegations contained in paragraph number 71 on pages 14 and 15 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

72.     Answering the allegations contained in paragraph number 72 on page 15 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

73.     Answering the allegations contained in paragraph number 73 on page 15 of the Complaint, Defendant admits that California Government Code section 815.2 governs vicarious liability for the public entities, including the County of Sacramento. Defendant denies, however, that any of its employees have caused Plaintiff any injury by engaging in conduct within the scope of their employment that would subject them to liability. Consequently, Defendant denies any vicarious liability pursuant to section 815.2. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

74.     Answering the allegations contained in paragraph number 74 on page 15 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. Defendant further denies that Plaintiff is entitled to any damages sought in her Complaint. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

75.     Answering the allegations contained in paragraph number 75 on page 15 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those

grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

76.    Answering the allegations contained in paragraph number 76 on page 15 of the Complaint, Defendant incorporates all above paragraphs as if fully set forth herein.

77.    Answering the allegations contained in paragraph number 77 on page 16 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff or Decedent any injury by engaging in any negligent or reckless conduct – either actions or omissions. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

78.    Answering the allegations contained in paragraph number 78 on page 16 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff or Decedent any injury by engaging in any negligent or reckless conduct – either actions or omissions. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

79.    Answering the allegations contained in paragraph number 79 on pages 16 and 17 of the Complaint, Defendant denies that any of its employees have caused Plaintiff any injury by engaging in conduct within the scope of their employment that would subject them to liability. Consequently, Defendant denies any vicarious liability pursuant to section 815.2. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

/ / /

/ / /

80.     Answering the allegations contained in paragraph number 80 on page 17 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

81.     Answering the allegations contained in paragraph number 81 on page 17 of the Complaint, Defendant incorporates all above paragraphs as if fully set forth herein.

82.     Answering the allegations contained in paragraph number 82 on page 17 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

83.     Answering the allegations contained in paragraph number 83 on page 17 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

84.     Answering the allegations contained in paragraph number 84 on page 17 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff or Decedent any injury by engaging in any negligent conduct – either actions or omissions. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

85.     Answering the allegations contained in paragraph number 85 on page 18 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. Defendant further denies that it or any of its employees have caused Plaintiff or Decedent any injury by engaging in any

negligent or reckless conduct – either actions or omissions. Consequently, Defendant denies any liability for Plaintiff's alleged injuries. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

86.    Answering the allegations contained in paragraph number 86 on page 18 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. Defendant further denies that it or any of its employees have caused Plaintiff or Decedent any injury by engaging in any negligent or reckless conduct – either actions or omissions. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

87.    Answering the allegations contained in paragraph number 87 on page 18 of the Complaint, Defendant denies that any of its employees have caused Plaintiff any injury by engaging in conduct within the scope of their employment that would subject them to liability. Consequently, Defendant denies any liability for Plaintiff's alleged injuries pursuant to California Government Code section 815.2. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

88.    Answering the allegations contained in paragraph number 88 on page 18 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

/ / /

89.     Answering the allegations contained in paragraph number 89 on page 18 of the Complaint, Defendant incorporates all above paragraphs as if fully set forth herein.

90.     Answering the allegations contained in paragraph number 90 on page 18 of the Complaint, Defendant denies having caused any injury to Plaintiff by violating the Bane Act. As to any remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

91.     Answering the allegations contained in paragraph number 91 on pages 18 and 19 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law, including by violating the Bane Act. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

92.     Answering the allegations contained in paragraph number 92 on page 19 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

93.     Answering the allegations contained in paragraph number 93 on page 19 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those

grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

94.     Answering the allegations contained in paragraph number 94 on page 19 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

95.     Answering the allegations contained in paragraph number 95 on page 19 of the Complaint, Defendant denies that any of its employees interfered with any right afforded to Decedent under federal or state law. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

96.     Answering the allegations contained in paragraph number 96 on page 19 of the Complaint, Defendant denies that any of its employees caused Decedent any injury by interfering with any right protected by federal or state law. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

97.     Answering the allegations contained in paragraph number 97 on page 19 of the Complaint, Defendant denies that any of its employees have caused Plaintiff any injury by engaging in conduct within the scope of their employment that would subject them to liability. Consequently, Defendant denies any liability for Plaintiff's alleged injuries pursuant to California Government Code section 815.2. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to

answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

98.     Answering the allegations contained in paragraph number 98 on page 20 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

99.     Answering the allegations contained in paragraph number 99 on page 20 of the Complaint, Defendant denies that it or any of its employees have caused Plaintiff any injury by depriving her or Decedent of any right protected by federal or state law. Defendant further denies that any of its employees have caused Plaintiff any injury by engaging in conduct within the scope of their employment that would subject them to liability. Defendant denies that Plaintiff is entitled to or justified in seeking an award of exemplary or punitive damages. As to the remaining allegations, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

100.    Answering the allegations contained in paragraph number 100 on page 20 of the Complaint, Defendant alleges that it has no information or belief upon the subjects contained therein sufficient to enable it to answer any of said allegations, and placing denial on those grounds, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

As separate and affirmative defenses, answering Defendant alleges as follows:

## FIRST AFFIRMATIVE DEFENSE

That the Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

That at all times herein mentioned the actions of Defendant's employees and contractors were reasonable and in good faith and as such they are entitled to qualified immunity.

1

**THIRD AFFIRMATIVE DEFENSE**

2
3
4

For all state law claims, that the Decedent was contributorily negligent, that such negligence contributed to the incident, and that Plaintiff's recovery should therefore either be barred or reduced to the extent of Decedent's negligence.

5

**FOURTH AFFIRMATIVE DEFENSE**

6
7
8

For all state law claims, this incident was caused by the negligence and/or fault of other persons, corporations, and entities including both parties and non-parties to this action whether named or not named and that Defendant's liability, if any, should be reduced accordingly.

9

**FIFTH AFFIRMATIVE DEFENSE**

10
11

That at all times Defendant's employees and/or contractors acted in self-defense and/or defense of others and the use of force was therefore privileged and reasonable.

12

**SIXTH AFFIRMATIVE DEFENSE**

13
14

That the County of Sacramento ("County") is immune from state law claims pursuant to California Government Code Section 815.

15

**SEVENTH AFFIRMATIVE DEFENSE**

16
17

That the County is immune from state law claims pursuant to California Government Code Section 815.2.

18

**EIGHTH AFFIRMATIVE DEFENSE**

19
20

That the County is immune from state law claims for punitive damages pursuant to California Government Code Section 818.

21

**NINTH AFFIRMATIVE DEFENSE**

22
23

That the County is immune from state law claims for punitive damages pursuant to California Government Code Section 818.2.

24

///

25

///

26

///

27

///

28

///

WHEREFORE, said answering Defendant prays for relief as follows:

1.      For judgment as against Plaintiff and in favor of Defendant;

2.      That Plaintiff takes nothing by way of her Complaint;

3.      For attorneys' fees and costs of suit incurred herein; and

4.      For such other and further relief as the court may deem just and proper.


Dated: February 4, 2026                    LONGYEAR, LAVRA & CAHILL, LLP


                                           By:   /s/ Van Longyear
                                                 VAN LONGYEAR
                                                 NICOLE M. CAHILL
                                                 ALEXANDER MAHONEY
                                                 Attorneys for Defendant,
                                                 County of Sacramento

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **DEMAND FOR JURY TRIAL**

Defendant County of Sacramento hereby requests a trial by jury.

Dated: February 4, 2026                    LONGYEAR, LAVRA & CAHILL, LLP

By: \_\_/s/ Van Longyear_____
       VAN LONGYEAR
       NICOLE M. CAHILL
       ALEXANDER MAHONEY
       Attorneys for Defendant,
       County of Sacramento