LONGYEAR, LAVRA & CAHILL, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
Alexander Mahoney, CSB No. 359995
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Emails: longyear@longyearlaw.com
        cahill@longyearlaw.com
        mahoney@longyearlaw.com

Attorneys for Defendant,
County of Sacramento

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

| | |
|---|---|
| ASMA MOJADDIDI, individually and as successor in interest to FAISAL MOJADDIDI, deceased, <br><br>      Plaintiff, <br><br> v. <br><br> COUNTY OF SACRAMENTO; and DOES 1-10, inclusive, <br><br>      Defendants. | Case No.: 2:25-CV-03641-DAD-JDP <br><br> **NOTICE OF APPEARANCE** |

TO COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Nicole M. Cahill enters her appearance as additional counsel on behalf of Defendant County of Sacramento.

Please add Nicole M. Cahill to the service list for all further pleadings and correspondence.

Nicole M. Cahill, CSB No.: 287165
LONGYEAR, LAVRA & CAHILL, LLP
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Email: cahill@longyearlaw.com

Dated: April 23, 2026                          LONGYEAR, LAVRA & CAHILL, LLP


By: /s/ Nicole M. Cahill
          VAN LONGYEAR
          NICOLE M. CAHILL
          ALEXANDER MAHONEY
          Attorneys for Defendant,
          County of Sacramento